IN THE UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF OHIO

IN RE:  Marina B Ter-Saakova         :

                                       :         Case no.  18bk-54996

                                       :         Judge Preston

                                       :         Chapter Seven

. . . . . . . .

## SUGGESTION OF DEATH

Now comes the Robert L Caplan, attorney for the Debtor Marina B Ter-Saakova and hereby notifies the court that the debtor passed away on September 27, 2018.

/s/ Robert L. Caplan
Robert L. Caplan (0062794)
Attorney for Debtor
90 North Nelson Road
Columbus Ohio 43219
Ph  (614) 252-2026
Fax (614-252-5593
Robert@Caplanlawoffice.com